

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00137-CR

MAUREKUS MARKELL GRIGSBY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 29062

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

MEMORANDUM OPINION

Appellant, Maurekus Markell Grigsby, has filed a motion to dismiss this appeal. The motion was signed by both Grigsby and his appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See id.*

Accordingly, we dismiss this appeal.

Scott E. Stevens
Chief Justice

Date Submitted:     October 17, 2023
Date Decided:       October 18, 2023

Do Not Publish